IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00693-EWN-PAC

ANDREA KUSKIE,

      Plaintiff(s),

v.

SAFECO NATIONAL INSURANCE COMPANY,

      Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

      IT IS HEREBY **ORDERED** that Defendant's Motion to Enforce Scheduling Order or, in the Alternative, to Dismiss Complaint dated June 29, 2006 (doc. 13) is denied without prejudice for failure to "confer" with opposing counsel prior to filing the motion.  The court does not consider email or other correspondence to meet D.C.COLO.LCivR 7.1A's mandate that counsel "confer" before filing motions.

Dated:  June 30, 2006