IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00693-EWN-PAC

ANDREA KUSKIE,

    Plaintiff(s),

v.

SAFECO NATIONAL INSURANCE COMPANY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Amended Motion to Enforce Scheduling Order or, in the Alternative, To Dismiss Complaint [filed July 6, 2006; Doc. No. 17] is **denied** without prejudice for lack of compliance with D.C. Colo. LCivR7.1.A. because correspondence does not meet the Rule's mandate to "confer" with opposing counsel.

    IT IS **FURTHER ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint [filed July 28; Doc. No. 22] is **denied** for failure to comply with D.C.Colo. LCivR 7.1.A.

Dated:  August 2, 2006