IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00693-EWN-PAC

ANDREA KUSKIE,

      Plaintiff(s),

v.

SAFECO NATIONAL INSURANCE COMPANY,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint dated August 10, 2006 (doc. 26) is granted.  The Second Amended Complaint tendered August 10, 2006 shall be considered filed this date.

IT IS **FURTHER ORDERED** that the Motion for Extension of Time to Amend Pleading dated August 15, 2006 (doc. 28) is granted in part and denied in part.  The deadline to join parties and amend pleadings is extended to **October 1, 2006**.

Dated:  September 1, 2006