IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00693-EWN-PAC

ANDREA KUSKIE,

    Plaintiff(s),

v.

SAFECO NATIONAL INSURANCE COMPANY,

    Defendant(s).

---

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

Michael J. Watanabe, United States Magistrate Judge

Plaintiff brings an action for wilful and wanton breach of insurance contract. The court's jurisdiction is under 28 U.S.C. §1332.  An April 14, 2006 Order of Reference under 28 U.S.C.  §636(b) referred this case to Magistrate Judge Patricia A. Coan for pretrial management.  The matter before the court is plaintiff's Motion for Extension of Time to Amend Pleadings (Doc. #36), filed September 29, 2006.

The Scheduling Order deadline for joinder of parties and amendment of pleadings was August 15, 2006.  Plaintiff asks the court to extend the deadline to December 1, 2006 because the parties have not yet scheduled the Rule 30(b)(6) depositions of defendant's representatives.

Under Fed.R.Civ.P. 16(b), a Scheduling Order shall not be modified "except upon a showing of good cause."  Plaintiff has thus far failed to demonstrate good cause for extension of the deadline for amendment of pleadings.  At this time, plaintiff does not know what information she will discover in the Rule 30(b)(6) depositions.  Accordingly, it is

**RECOMMENDED** that plaintiff's Motion for Extension of Time to Amend Pleadings (Doc. #36), filed September 29, 2006, be **DENIED WITHOUT PREJUDICE**.

**Within ten days after being served with a copy of the proposed findings and recommendation, any party may serve and file written objections to the proposed findings and recommendation with the Clerk of the United States District Court for the District of Colorado. The district judge shall make a de novo determination of those portions of the proposed findings or specified recommendation to which objection is made. The district judge may accept, reject, or modify, in whole or in part, the proposed findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.**

**Failure to make timely objections to the magistrate judge's recommendation may result in a waiver of de novo review of the recommendation by the district judge and may also waive the right to appeal from a judgment of the district court based on the findings and recommendations of the magistrate judge.**

Dated October 3, 2006.

                                        BY THE COURT:

                                        s/ Michael J. Watanabe
                                        MICHAEL J. WATANABE
                                        United States Magistrate Judge