IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00693-EWN-PAC

ANDREA KUSKIE,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THE COURT having read the Stipulation of Dismissal of Plaintiff, Andrea Kuskie, and Defendant, SAFECO Insurance Company of America, and being otherwise advised in the premises; hereby

    ORDERS, ADJUDGES AND DECREES that the within action is hereby dismissed with prejudice pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

    DONE THIS 12th day of February, 2007.

                                         BY THE COURT:

                                         s/ Edward W. Nottingham
                                         United States District Judge